

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually and Derivatively on Behalf of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC, and
Medina Valley Concrete Construction, LLC; and Jacob Bishop, Individually and Derivatively on
Behalf of Medina Valley Materials, LLC, Medina Valley Holdings, LLC, Medina Valley Land,
LLC, and Medina Valley Equipment, LLC,
Appellees

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

Opinion by:  Patricia O. Alvarez, Justice

Sitting:  Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: May 10, 2023

DISMISSED

This accelerated appeal was set for submission on briefs on October 5, 2022. Subsequently,

we granted Appellants' motion to abate this appeal pending settlement negotiations. We withdrew

the submission date and abated the appeal. We ordered Appellants to file a motion to reinstate or

a motion to dismiss this appeal by April 17, 2023.

On the due date, Appellants filed a motion to dismiss their appeal with prejudice and tax costs against them. *See* TEX. R. APP. P. 42.1(a)(1), (d). Appellants' motion is granted.

We reinstate this appeal, and we dismiss it with prejudice. *See id.* We tax costs of court for this appeal against Appellants. *See* TEX. R. APP. P. 42.1(d).

Patricia O. Alvarez, Justice